**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00823-CV**

**THE CITY OF CELINA, TEXAS, Appellant**

**V.**

**SHEA SCOTT, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18195**

**ORDER**

Before the Court is appellant's October 18, 2021 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 16, 2021.

/s/     CRAIG SMITH
        JUSTICE